UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON, C47370,<br>            Plaintiff,<br>     v.<br>CALIFORNIA HEALTH CARE FACILITY,<br>            Defendant(s). | Case No. 20-cv-01579-CRB  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at the California Health Care Facility, Stockton (CHCF), has filed a pro se complaint under 42 U.S.C. § 1983 challenging various aspects of his confinement at CHCF. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of San Joaquin, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.
**IT IS SO ORDERED**.

Dated: April 14, 2020

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HEALTH CARE FACILITY,<br><br>    Defendant. | Case No. 3:20-cv-01579-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael L. Overton ID: C47370
California Health Care Facility
Fac. E Bldg. 1-F Cell 207
P.O. Box 213040
Stockton, CA 95123

Dated: April 14, 2020

                          Susan Y. Soong
                          Clerk, United States District Court

                          By:_____
                          Lashanda Scott, Deputy Clerk to the
                          Honorable CHARLES R. BREYER